IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PEDRO JUAN GARCIA,

                                                          JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                                                16-cv-18-jdp

v.

EAU COUNTY JAIL, AND STAFF,
OFFICER FLAKY, OFFICER OATES,
OFFICE BERGIVEN, SERGEANT FIELD,
MENTAL HEALTH COUNSELOR SHARON,
LIEUTENANT CHRISTENSON AND
OFFICER LAUER,

      Defendants.

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered:

      (1)  denying plaintiff Pedro Juan Garcia leave to proceed and dismissing his claims against defendants Eau Claire County Jail and Staff, Officer Oates, Officer Lauer, and Officer Bergiven; and

      (2) dismissing this case against defendants Officer Flaky, Sergeant Field, Mental Health Counselor Sharon, and Lieutenant Christenson pursuant to Federal Rule of Civil Procedure 41(b), without prejudice, for plaintiff's failure to prosecute it.

      /s/                                                                10/24/2016

      Peter Oppeneer, Clerk of Court                          Date